# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

TANIA RODRIGUEZ and FREDIS POSADAS,

    Plaintiffs,

v.

BORINQUEN HEALTH CARE CENTER, INC.,
and DR. PIERRE BERNARD EUGENE,

    Defendants.
_____/

## NOTICE OF REMOVAL AND SUBSTITUTION OF PARTY

Pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. 2679(d)(2), the United States of America files this Notice of Removal and Substitution of Party and states as follows:

1. **Nature of the Lawsuit**

Plaintiffs Tania Rodriguez and Fredis Posadas filed an action in the Eleventh Judicial Circuit Court for Miami-Dade County, Florida, entitled *Tania Rodriguez v. Borinquen Health Care Center, Inc., et al.,* Case No. 2020-018744-CA-01. The United States attaches a copy of the state court Complaint to this Notice as Exhibit 1.

Plaintiffs allege that Defendants Borinquen Health Care Center, Inc. ("Borinquen Health") and Dr. Pierre Bernard Eugene ("Dr. Eugene") committed medical negligence in connection with an April 2018 cesarean section performed on Plaintiff Tania Rodriguez. (*See* Compl. ¶¶ 13-29.)

Borinquen Health is a federally funded and federally qualified health center. (*See* Exhibit 2, Certification by United States Attorney Ariana Fajardo Orshan.) Dr. Eugene was an employee of Borinquen Health acting within the scope of his employment when he provided medical care to Ms. Rodriguez. (*Id.*) Defendants are therefore employees of the United States, requiring removal of the

state case to this federal district court. *See* 42 U.S.C. § 233(c) (requiring removal of medical negligence state court case against federally qualified health centers and their employees).

### 2. Removal of State Court Action

Plaintiffs sue a federally qualified health center and its employee for medical negligence. Removal is required under the Federally Supported Health Centers Assistance Acts of 1992 and 1995 (FSHCAA), 42 U.S.C. § 233(c). The FSHCAA provides an exclusive remedy to plaintiffs alleging medical negligence against a federally supported health care center or its employees. 42 U.S.C. § 233(g)-(n), § 233(a), § 233(c). A plaintiff must bring such claims against the United States of America in federal district court under the Federal Tort Claims Act. *Id.*

The FSHCAA explicitly requires that a medical malpractice case filed in state court against a federally qualified health center or its employees be removed to federal court. Specifically, 42 U.S.C. § 233(c) states that upon certification of the scope of federal employment, "any such civil action or proceeding commenced in a State court **shall be removed** . . . to the district court of the United States of the district and division embracing the place wherein it is pending." 42 U.S.C. § 233(c) (emphasis added). Upon certification, the proceeding is "deemed a tort action brought against the United States under the provisions of Title 28 [the Federal Tort Claims Act] . . . ." *Id.*

On February 22, 2021, pursuant to 42 U.S.C. § 233(c), 28 U.S.C. § 2679(d), and 28 C.F.R. § 15.4, Ariana Fajardo Orshan, the United States Attorney for the Southern District of Florida, certified that Borinquen Health was deemed by the Department of Health and Human Services to be eligible for medical negligence coverage under the Federal Tort Claims Act in 2017, 2018, 2019, and 2020, and that Dr. Eugene was in the course and scope of his employment when he provided care to Ms. Rodriguez at the time of the events alleged in the Complaint. (*See* Ex. 2.)

Thus, removal is required.

3. **Venue**

The United States District Court for the Southern District of Florida is the judicial district embracing the place where the state court action was brought and is pending. Miami-Dade County, Florida is within the Southern District of Florida. This is the proper district court to which the case should be removed. 42 U.S.C. § 233(c); 28 U.S.C. § 1442(a).

4. **Timeliness of Notice of Removal**

Pursuant to 42 U.S.C. § 233(c), this removal is timely because the action can be "removed without bond at *any time before trial* . . . ." (emphasis added). Further, removal is also timely under 28 U.S.C. § 1446(b).

5. **State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), the United States simultaneously files copies of all process, pleadings, and orders existing on file in state court.

6. **Substitution of the United States as the Federal Party Defendant**

When United States Attorney Ariana Fajardo Orshan signed Exhibit 2, certifying the scope of federal employment of Defendants, the case became one against the United States under the Federal Tort Claims Act. *See* 42 U.S.C. § 233(c) (on certification, action deemed one against the U.S. under Title 28). The United States is the proper party and is substituted in place of the named Defendants.

7. **Consent of other Defendants**

There is no requirement that the United States obtain the consent of other defendants to remove a case under 42 U.S.C. § 233(c) or 28 U.S.C. §§1442(a)(1), 1446.

### 8. <u>Conclusion</u>

For these reasons, pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. 2679(d)(2), the state court case of *Tania Rodriguez v. Borinquen Health Care Center, Inc., et al.*, Case No. 2020-018744-CA-01, which was filed on September 1, 2020, in the Eleventh Judicial Circuit Court for Miami-Dade County, Florida, is removed to this Court.  In addition, because § 233(c) deems the proceeding as one against the United States under the provisions of the Federal Tort Claims Act, the United States is substituted as the party defendant in place of Defendants Borinquen Health Care Center, Inc. and Dr. Pierre Bernard Eugene.

DATED: February 22, 2021

                                              Respectfully submitted,

                                              ARIANA FAJARDO ORSHAN
                                              UNITED STATES ATTORNEY

By:    <u>*Latoya C. Brown*</u>
           **LATOYA C. BROWN**
           Assistant U.S. Attorney
           Florida Bar No. 105768
           Email: Latoya.Brown2@usdoj.gov
           500 East Broward Blvd., Suite 700
           Fort Lauderdale, Florida 33394
           Telephone: (954) 660-5957

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing document using CM/ECF, and that the foregoing document is being served on counsel of record identified on the attached Service List by First class mail.

*/s/ Latoya C. Brown*
Latoya C. Brown, AUSA

**SERVICE LIST**

Cassidy Loutos
Loutos Law PLLC
1193 SE Port Saint Lucie, Blvd., #234
Port Saint Lucie, Florida 34952
Telephone: 772-617-0811
Email: cassidy@loutoslaw.com

*Counsel for Plaintiffs*