

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-20717-CIV-SCOLA/Goodman

TANIA RODRIGUEZ and FREDIS POSADAS,

     Plaintiffs,

v.

UNITED STATES OF AMERICA,

     Defendants.

_____/

### PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE

    **NOW COMES,** Plaintiffs, TANIA RODRIGUEZ and FREDIS POSADAS by and through the undersigned attorney, and pursuant to Federal Rule 41(a)(1)(A), hereby files this Notice of Voluntary Dismissal with Prejudice against Defendant, UNITED STATES OF AMERICA, with each party bearing its own fees and costs in accordance with the agreement between parties.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served conventionally to Attorney Latoya Brown, 500 East Broward Blvd., Suite 700 Fort Lauderdale, Florida 33394, (954) 660-5957 and Latoya.Brown2@usdoj.gov on this April 5, 2021.

*/s/ Cassidy Loutos, Esq.*
Florida Bar No: 116568
1193 SE Port St. Lucie Blvd. #234
Port St. Lucie, Florida 34952
Phone: 772-617-0811 Phone:
Fax: 772-212-2761
Email: cassidy@loutoslaw.com