UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20717-CIV-SCOLA/Goodman

TANIA RODRIGUEZ and FREDIS POSADAS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

_____/

## PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE

Filed by: **Cassidy L. Loutos, Esq., Loutos Law, PLLC.**

    In response to Docket item #14 the ORDER TO SHOW CAUSE filed on March 29, 2021 by the Honorable Judge Robert N. Scola, Jr., Plaintiff's Attorney Cassidy Loutos, Esq., respectfully apologizes and submits the following facts as to why Plaintiff requests the Court refrain from referring Plaintiff's Attorney to the Committee on Attorney Admissions, Peer Review, and Attorney Grievance to participate in the Committee's "remedial program designed to raise the competence of an attorney who is not performing adequately."

1. Plaintiff's Counsel had previously filed the underlying cause of action in the Eleventh Judicial Circuit in and for Miami-Dade in September of 2020.

2. The case was removed to the US District Court for the Southern District of Florida on February 22, 2021.

3. Counsel applied and was granted admission to the US District Court for the Southern District on January 19, 2021.

4. Following admission and set-up of the PACER viewing login, Counsel learned she would have to take a training for the CM/ECF training which was only offered once per month via zoom as the online computer-based CM/ECF training and hands-on training which were unavailable.[1]

5. Plaintiff's Counsel was unable to take the February 2021 CM/ECF training as her autistic adult brother who she cares for was critically ill in the hospital on a ventilator and Counsel had the responsibility to help bring him home and care for him after discharge as he was a fall risk, mentally incompetent, and he could not utilize the restroom without assistance. As such, Counsel did not get the opportunity to take any trainings prior to April 8 due to her dependent brother's critical health condition.

6. In an attempt to rectify Counsel's lack of filing capability, Counsel called the CM/ECF helpdesk and requested a temporary login; she was informed however that no temporary logins would be issued.

7. Counsel scheduled a CM/ECF training on April 8, 2021 with the intention to become proficient in the filing system and with the intention to get a CM/ECF login so Plaintiff's Counsel could file documents in the underlying cause of action.

8. On the date of this submission, Counsel has since completed the training and is waiting for a CM/ECF login to be issued.

---

[1] According to https://www.flsd.uscourts.gov/cmecf-training-registration, effective January 12, 2021, the Southern District revised their training protocols. With this change, new attorneys are limited in accessing the training. It appears the training is once a month. Further, it also appears it would take three (3) days to receive the CM/ECF login credentials according to the training site.

9. Counsel has been practicing as Florida-barred attorney since May of 2015 and has never received any complaints or grievances related to professionalism or competency issues.

10. As a newly admitted attorney to the US District Court for the Southern District of Florida, Counsel has every intention to act with professionalism and to advocate for her clients while following all local rules and CM/ECF policies and procedures.

11. Plaintiff's Counsel apologizes for the lack of response to the Court's requests for response on March 17, 2021 and March 22, 2021; Plaintiff's Counsel can assure the Court that Counsel was not ignoring the Court and can assure the Court that the lack of response will never happen again.

12. Counsel has the utmost respect for the Court's time, resources, and instructions and promises to file everything via the CM/ECF per the Court's rules.

13. Plaintiff's Counsel apologizes for the inappropriate request for additional time to respond to Defendant's Motion to Dismiss and is very sorry for the lack of communication.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically e-filed through the Clerk of Court using the CMECF system, this Friday, April 9, 2021, which automatically sends a correct copy by email to opposing counsel, to Latoya Brown, Esq. at Latoya.Brown2@usdoj.gov, haydee.sanchez@usdoj.gov.

/s/ Cassidy Loutos, Esq.
Cassidy L. Loutos, Esq.
Florida Bar # 116569
Loutos Law, PLLC

Case 1:21-cv-20717-RNS   Document 19   Entered on FLSD Docket 04/09/2021   Page 4 of 4

1193 SE Port St. Lucie Blvd. #234
Port St. Lucie, Florida 34957
P: 772-617-0811
F: 772-212-2761
Email: cassidy@loutoslaw.com
Attorney for Plaintiff

Page 4 of 4