UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20717-CIV-SCOLA/Goodman

TANIA RODRIGUEZ and FREDIS POSADAS,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendants.
_____/



FILED BY _____ D.C.

APR 09 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Plaintiffs' Notice of Reply to the ORDER TO SHOW CAUSE and is being filed conventionally for the following reasons:

Counsel does not yet have access to the Court's CM/ECF portal as Counsel has CM/ECF took the CM/ECF training on April 8, 2021 and does not yet have the login for the CM/ECF system as of today.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served conventionally to Attorney Latoya Brown, 500 East Broward Blvd., Suite 700 Fort Lauderdale, Florida 33394, (954) 660-5957 and Latoya.Brown2@usdoj.gov on this April 9, 2021.

/s/ Cassidy Loutos, Esq.
Florida Bar No: 116568
1193 SE Port St. Lucie Blvd. #234
Port St. Lucie, Florida 34952
Phone: 772-617-0811 Phone:
Fax: 772-212-2761
Email: cassidy@loutoslaw.com

1